IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-mc-211-GCM-DSC

| | |
|---|---|
| IN RE: CIVIL PROCEEDING FOR ) | **ORDER EXTENDING TIME TO FILE** |
| FORFEITURE OF $70,040 IN UNITED ) | **COMPLAINT FOR FORFEITURE** |
| STATES CURRENCY ) | **(BY CONSENT)** |

THIS MATTER is before the Court on the Government's Motion to extend the time for filing a civil forfeiture complaint. Agreement having been reached between the Government and Kevin Demeatrus Durant ("Durant") through counsel, who has filed a claim to the sum of $70,040 in United States currency ("the property") in a non-judicial civil forfeiture proceeding in the Drug Enforcement Administration ("DEA") as provided in 18 U.S.C. § 983(A), to extend the time in which the United States is required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture; and

Based upon the agreement between the Government and Durant, the Government having moved the Court to extend the time required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property **is** subject to forfeiture; and

The Government having represented to the Court as follows :

1. All of the written notice of forfeiture required by 18 U.S.C. § 983(a)(1)(A) to be sent by DEA to interested parties has been sent; and

2. The time has expired for any person to file a claim to the property under 18 U.S.C. § 983(a)(2)(A)-(E); and

3. No other person has filed a claim to the property as required by law in the non-judicial civil forfeiture proceeding; and

The Court being authorized by 18 U.S.C. § 983(a)(3)(A) to extend the time in which the United States is required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture based upon agreement of the parties;

IT IS THEREFORE ORDERED, under 18 U.S.C. § 983(A)-(C), that the date by which the United States is required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture is extended to December 28, 2015.

**SO ORDERED**.

Signed: December 7, 2015

David S. Cayer
United States Magistrate Judge